AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__NORTHERN__ DISTRICT OF __OHIO, EASTERN DIVISION__

**UNITED STATES OF AMERICA**               **WAIVER OF INDICTMENT**

    V.                                          CASE NUMBER: 5:09 CR 400

**SCOTT GRAHAM**                                  JUDGE ECONOMUS


I, __SCOTT GRAHAM__, the above named defendant, who is accused of :

Illegal Interception of Electronic Communications, in violation of Title 18, United States Code, Section 2511(a);

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
**SCOTT GRAHAM**
**Defendant**

_____
**Ian N. Friedman, Esq.**
**Counsel for Defendant**

**Before** _____
         **Judicial Officer**