# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:09CR400** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | **ORDER OF REFERRAL TO** |
| | ) | **MAGISTRATE JUDGE FOR** |
| **SCOTT GRAHAM,** | ) | **PURPOSES OF ARRAIGNMENT** |
| | ) | **AND RECEIVING DEFENDANT'S** |
| **DEFENDANT.** | ) | **GUILTY PLEA UPON CONSENT** |
| | ) | **OF THE PARTIES** |

Pursuant to General Order 99-49, the above-captioned case hereby is referred to United States Magistrate Judge George J. Limbert for purposes of arraignment and receiving, on consent of the parties, the defendant's offer of a plea of guilty, conducting the colloquy prescribed by FED. R. CRIM. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered.

**IT IS SO ORDERED.**

*/s/ Peter C. Economus* **- September 11, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**