UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:09CR400 |
| | ) | |
| Plaintiff | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | Magistrate Judge George J. Limbert |
| | ) | |
| SCOTT GRAHAM | ) | |
| | ) | **SUMMONS** |
| | ) | |
| Defendant | ) | |

**TAKE NOTICE** that, pursuant to the agreement of counsel, an **INITIAL APPEARANCE, ARRAIGNMENT, and CHANGE OF PLEA** in the above-captioned matter are hereby **SCHEDULED** and will be held at 1:30 p.m. on Wednesday, September 30, 009, in Courtroom 242, Thomas D.Lambros Federal Building & U.S. Courthouse, 125 Market Street, Youngstown, Ohio, before the Honorable George J. Limbert, United States Magistrate Judge.

GERI M. SMITH, CLERK

Dated:   September 14, 2009                    By:     /s/*Anita Schenker*
                                                                    Anita Schenker
                                                                    Courtroom Deputy to the
                                                                    Honorable George J. Limbert
                                                                    (330) 884-7465